UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IVANTHI KARAWGODA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01023-MPB-MJD |
| | ) | |
| MERRICK GARLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Today, the Court dismissed this case without prejudice for failure to prosecute and comply with court orders. The Court now enters final judgment in favor of Defendants and against Plaintiff.

**SO ORDERED**.

Dated: 7/10/2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Tricia M. Blanford___
Deputy Clerk, U.S. District Court

Distribution:

Visuvanathan Rudrakumaran
Law Office of Visuvanathan Rudrakumaran
875 Avenue of the Americas
Suite 906
New York, NY 10001